BROWNSTEIN HYATT FARBER SCHRECK, LLP
Lawrence J. Jensen, Admitted Pro Hac Vice
ljensen@bhfs.com
Diane C. De Felice, Bar No. 149021
ddefelice@bhfs.com
2049 Century Park East, Suite 3550
Los Angeles, California 90067-3007
Telephone:  310.500.4600
Facsimile:   310.500.4602

Attorneys for Defendant-Intervenors
CADIZ INC. and CADIZ REAL ESTATE LLC

# UNITED STATES DISTRICT COURT

## CENTRAL DISTRICT OF CALIFORNIA

### WESTERN DIVISION

| | |
|---|---|
| CENTER FOR BIOLOGICAL DIVERSITY; DEFENDERS OF WILDLIFE; and SIERRA CLUB,<br><br>Plaintiffs,<br><br>v.<br><br>U.S. BUREAU OF LAND MGMT.; DEBRA HAALAND, Secretary of Interior; NADA CULVER, Senior Advisor to the Secretary of Department of Interior; KAREN MOURITSEN, California Director, Bureau of Land Mgmt.; ANDREW ARCHULETA, California Desert District Manager, Bureau of Land Mgmt.; MICHAEL AHRENS, Needles Field Office Manager, Bureau of Land Mgmt.,<br><br>Defendants.<br><br>CADIZ INC. and CADIZ REAL ESTATE LLC,<br><br>Defendant-Intervenors | Case No.  2:21-cv-02507-SVW-PVC<br><br>**CADIZ INC. AND CADIZ REAL ESTATE LLC'S NOTICE OF MOTION AND MOTION TO CONTINUE THE BRIEFING SCHEDULE TO ALLOW ALL BRIEFING TO BE MADE ON THE COMPLETE ADMINISTRATIVE RECORD**<br><br>Date:      January 3, 2022<br>Time:      8:30 A.M.<br>Trial Date:  None Set<br>Courtroom:  9D<br>Judge:  George H. Wu |

**TO ALL PARTIES AND TO THEIR COUNSEL OF RECORD:**

PLEASE TAKE NOTICE that on January 3, 2022, at 8:30 a.m., or as soon thereafter as the matter can be heard, in Courtroom 9D of the above-entitled Court located at 350 W 1st Street, Suite 4311, Los Angeles, California, Defendant-Intervenors and Real Parties in Interest, Cadiz Inc. and Cadiz Real Estate LLC (collectively, "Cadiz") will and hereby do respectfully move the Court to order a brief continuance of all remaining briefing deadlines on Defendant U.S. Department of Interior, U.S. Bureau of Land Management (BLM), et al.'s (collectively, "Federal Defendants") motion for voluntary remand set forth in the Court's October 21, 2021 scheduling order on record in this case (ECF No. 39) to permit supplementation and completion of the administrative record in this matter, as follows:

| Filing | Prior Deadline | New Deadline |
|---|---|---|
| Federal Defendants File Supplemented Administrative Record | November 12, 2021 | January 7, 2022 |
| Federal Defendants file Motion for Voluntary Remand | December 3, 2021 | January 14, 2022 |
| Cadiz and Plaintiffs file Responses to Motion for Voluntary Remand | February 4, 2022 | March 18, 2022 |
| Cadiz files Response to Plaintiffs' Responses and Plaintiffs file Responses to Cadiz's Response | March 4, 2022 | April 15, 2022 |
| Federal Defendants file Reply in Support of Motion for Voluntary Remand | March 4, 2022 | April 15, 2022 |
| Hearing | March 24, 2022 at 8:30 a.m. | May 5, 2022 at 8:30 a.m. |

This Motion is brought on the grounds that Cadiz, as well as Plaintiffs, have identified documents omitted from the administrative record prepared by Federal Defendants. The parties have met and conferred to discuss inclusion in the administrative record of four categories of documents first identified by Cadiz as

2

BROWNSTEIN HYATT FARBER SCHRECK, LLP
Attorneys at Law
2049 Century Park East, Suite 3550
Los Angeles, CA 90067-3007

1  missing in its November 18, 2021 letter to counsel for Federal Defendants.  Cadiz
2  and Federal Defendants have reached conceptual agreement as to three of the four
3  categories of documents, including: an October 20, 2020 power point presentation
4  presented by Larry Jensen, Cadiz's counsel, to BLM representatives; Plaintiffs'
5  December 10, 2020 objection letter, which Federal Defendants had included in the
6  administrative record but had not been located by Cadiz; and the document
7  identified as Document 136.1 in Federal Defendants' privilege log.
8      Cadiz and Federal Defendants are still discussing the inclusion of a fourth
9  category of documents in the administrative record.  These documents are related to
10 the renewal of the Right of Way (ROW) for the pipeline at issue in this matter by El
11 Paso Natural Gas (EPNG) and were available to the Federal Defendants when
12 Federal Defendants were issuing the Cadiz ROWs at issue in this matter.  Plaintiffs
13 may seek the inclusion of additional documents.
14     Only after the record is supplemented and completed will this Court and
15 Federal Defendants have a full and complete record upon which to base future
16 decisions related to this matter.  The record must contain all documents the Federal
17 Defendants relied upon—or ought to have relied upon—in making their decision
18 regarding whether to issue the ROWs for the pipeline that are the subject of this
19 litigation.
20     A continuance in the briefing schedule is necessary to permit
21 supplementation and completion of the administrative record because proceeding
22 on an incomplete record creates risks of inefficiency, delay associated with the need
23 for supplemental briefing, the waste of judicial resources, and prejudice to Cadiz
24 because new arguments may be available based on additional documents that may
25 be added after briefing is commenced.
26     This Motion is made following the conference of counsel pursuant to Local
27 Rule 7-3, which commenced on November 18, 2021 and continued through
28 December 1, 2021.  Declaration of Diane C. De Felice at ¶¶ 3-16.  Counsel for

BROWNSTEIN HYATT FARBER SCHRECK, LLP
Attorneys at Law
2049 Century Park East, Suite 3550
Los Angeles, CA 90067-3007

Federal Defendants indicated that Federal Defendants needed more time to determine whether they would agree to inclusion of the documents related to the renewal of the EPNG ROW for the pipeline at issue, and did not agree that a delay in briefing was necessary. *Id*. at ¶¶ 10, 14. Plaintiffs stated that they would need to review the motion before they could take a position, but that they believed that the Federal Defendants' motion deadline should not be extended. *Id*. at ¶¶ 18-19.

      This Motion is based upon the Notice of Motion and the accompanying Memorandum of Points and Authorities in support of the Motion, the Declarations of Lawrence J. Jensen and Diane C. De Felice, the exhibits attached thereto filed concurrently herewith, the pleadings and papers on file in this action, and any hearing on this Motion.

Dated: December 1, 2021

Respectfully submitted,

BROWNSTEIN HYATT FARBER SCHRECK, LLP

By: /s/ *Diane C. De Felice*
    Lawrence J. Jensen
    Diane C. De Felice
    Attorneys for Defendant-Intervenors CADIZ INC. and CADIZ REAL ESTATE LLC

4

CADIZ'S NOTICE OF MOTION AND MOTION TO CONTINUE THE BRIEFING SCHEDULE TO ALLOW ALL BRIEFING TO BE MADE ON THE COMPLETE ADMINISTRATIVE RECORD

# PROOF OF SERVICE

I, Ivy Capili, declare:

I am a citizen of the United States and employed in Los Angeles County, California. I am over the age of eighteen years and not a party to the within-entitled action. My business address is 2049 Century Park East, Suite 3550, Los Angeles, California 90067-3007.

On December 1, 2021, I electronically filed the attached document:

**CADIZ INC. AND CADIZ REAL ESTATE LLC'S NOTICE OF MOTION AND MOTION TO CONTINUE THE BRIEFING SCHEDULE TO ALLOW ALL BRIEFING TO BE MADE ON THE COMPLETE ADMINISTRATIVE RECORD**

with the Clerk of the court using the CM/ECF system which will then send a notification of such filing to the following:

*Please see attached Service List.*

I declare that I am employed in the office of a member of the bar of this court at whose direction the service was made.

Executed on December 1, 2021, at Los Angeles, California.

*/s/ Ivy Capili*

CADIZ'S NOTICE OF MOTION AND MOTION TO CONTINUE THE BRIEFING SCHEDULE TO ALLOW ALL BRIEFING TO BE MADE ON THE COMPLETE ADMINISTRATIVE RECORD

*Center for Biological Diversity, et al. v. U.S. Bureau of Land Mgmt., et al.*
Case No. 2:21-cv-02507-GW-AS
Service List

### Counsel for Plaintiffs

| | |
|---|---|
| Aruna Prabhala<br>Center for Biological Diversity<br>1212 Broadway, Suite 800<br>Oakland, CA 94612<br>Phone: 510.844.7111<br>Email: aprabhala@biologicaldiversity.org | Lisa T. Belenky<br>Center for Biological Diversity<br>1212 Broadway, Suite 800<br>Oakland, CA 94612<br>Phone: 510.844.7107<br>Email: lbelenky@biologicaldiversity.org |
| Gregory Cahill Loarie<br>Earthjustice<br>50 California Street, Suite 500<br>San Francisco, CA 94111<br>Phone: 415.217.2000<br>Email: gloarie@earthjustice.org | Elizabeth Britta Forsyth<br>Earthjustice<br>810 3rd Avenue, Suite 610<br>Seattle, WA 98104<br>Phone: 213.766.1067<br>Email: eforsyth@earthjustice.org |

### Counsel for Defendants

Todd Kim
Acting Assistant Attorney General
Luther L. Hajek
U.S. Department of Justice
Environment & Natural Resources Division
Natural Resources Section
999 18th Street, South Terrace, Suite 370
Denver, CO 80202
Phone: 303.844.1376
Email: luke.hajek@usdoj.gov

23431757.1