# UNITED STATES DISTRICT COURT
# FOR THE CENTRAL DISTRICT OF CALIFORNIA
# WESTERN DIVISION

| | |
|---|---|
| CENTER FOR BIOLOGICAL DIVERSITY, *et al.*, <br><br>    Plaintiffs, <br><br> v. <br><br> U.S. BUREAU OF LAND MANAGEMENT, *et. al.*, <br><br>    Defendants, <br><br> and <br><br> CADIZ, INC., *et al.*, <br><br>    Defendant-Intervenors | Case No. 2:21-cv-02507-GW-AS <br><br> **[PROPOSED] ORDER GRANTING DEFENDANTS' MOTION FOR VOLUNTARY REMAND** |

*[Proposed] Order Granting Defendants' Motion for Voluntary Remand*

1    This matter comes before the Court on the Motion for Voluntary Remand
2  brought by Defendants U.S. Bureau of Land Management ("BLM") *et al.*  Upon
3  consideration of the briefing submitted by the parties in support of and in
4  opposition to Defendants' motion and the oral arguments on the motion, and
5  finding good cause to grant the motion, Defendants' motion for voluntary remand
6  is GRANTED. It is further ORDERED that BLM's December 21, 2020 decision to
7  grant rights-of-way to Cadiz Real Estate, LLC and the underlying right-of-way
8  grants are VACATED.
9      **IT IS SO ORDERED.**

11   DATE: _____, 2021.

_____
HONORABLE GEORGE H. WU
UNITED STATES DISRICT JUDGE