BROWNSTEIN HYATT FARBER SCHRECK, LLP
LAWRENCE J. JENSEN, Admitted *Pro Hac Vice*
ljensen@bhfs.com
DIANE C. DE FELICE, Bar No. 149021
ddefelice@bhfs.com
2049 Century Park East, Suite 3550
Los Angeles, California 90067-3007
Telephone: 310.500.4600
Facsimile: 310.500.4602

Attorneys for Defendant-Intervenors
CADIZ INC. and CADIZ REAL ESTATE LLC

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| CENTER FOR BIOLOGICAL DIVERSITY; DEFENDERS OF WILDLIFE; and SIERRA CLUB,<br><br>Plaintiffs,<br><br>v.<br><br>U.S. BUREAU OF LAND MGMT.; DEBRA HAALAND, Secretary of Interior; NADA CULVER, Senior Advisor to the Secretary of Department of Interior; KAREN MOURITSEN, California Director, Bureau of Land Mgmt.; ANDREW ARCHULETA, California Desert District Manager, Bureau of Land Mgmt.; MICHAEL AHRENS, Needles Field Office Manager, Bureau of Land Mgmt.,<br><br>Defendants.<br><br>CADIZ INC. and CADIZ REAL ESTATE LLC,<br><br>Defendant-Intervenors | Case No. 2:21-cv-02507-GW-ASx<br><br>**STIPULATION TO CONTINUE THE BRIEFING ON FEDERAL DEFENDANTS' MOTION FOR VOLUNTARY REMAND AND TO TAKE OFF CALENDAR DEFENDANT-INTERVENORS' MOTION TO CONTINUE THE BRIEFING SCHEDULE TO BE HEARD ON JANUARY 3, 2022**<br><br>Judge: Hon. George H. Wu |

Pursuant to Civil Local Rule 7-1, the parties hereby stipulate to continue and take off calendar Defendant-Intervenors Cadiz Inc. and Cadiz Real Estate LLC's ("Cadiz") December 1, 2021 Motion to Continue the Briefing Schedule to Allow All Briefing To Be Made On the Complete Administrative Record ("Motion to Continue the Briefing") and to continue the parties' briefing schedule on Federal Defendants' December 3, 2021 Motion for Voluntary Remand.  It is in the interest of judicial efficiency to take Cadiz's motion off calendar and agree upon a revised briefing schedule.

On October 21, 2021, the Court entered a scheduling order governing the briefing deadlines for Federal Defendants' Motion for Voluntary Remand (ECF No. 39).  Thereafter, on December 1, 2021, Cadiz filed its Motion to Continue the Briefing (ECF No. 41) in the above-captioned litigation.  That hearing is set for January 3, 2022 at 8:30 a.m.

The counsel for all parties have met and conferred regarding taking Cadiz's Motion to Continue the Briefing off calendar, and agree to extend the remaining briefing deadlines for Federal Defendants' Motion for Voluntary Remand.  This extension will allow the parties to discuss whether the administrative record should be supplemented as requested by Cadiz.  Assuming the parties are able to reach agreement on that issue, the government shall file any supplement to the administrative record by the date set forth below.  If no agreement is reached regarding a record supplement, then that issue may require separate briefing that is not accounted for in the schedule below.

NOW THEREFORE, the parties hereby stipulate, agree, and request that the Court approve the following schedule for the briefing of the Motion for Voluntary Remand:

| Event | Prior Deadline | New Deadline |
|---|---|---|
| Federal Defendants File Any Supplemented Administrative Record | November 12, 2021 | February 4, 2022 |

STIPULATION TO CONTINUE THE BRIEFING ON FEDERAL DEFENDANTS' MOTION FOR VOLUNTARY REMAND ETC.

| Event | Prior Deadline | New Deadline |
|---|---|---|
| Cadiz and Plaintiffs file Responses to Motion for Voluntary Remand | February 4, 2022 | March 18, 2022 |
| Cadiz files Response to Plaintiffs' Responses and Plaintiffs file Responses to Cadiz's Response | March 4, 2022 | April 15, 2022 |
| Federal Defendants file Reply in Support of Motion for Voluntary Remand | March 4, 2022 | April 15, 2022 |
| Hearing | March 24, 2022 at 8:30 a.m. | May 5, 2022 at 8:30 a.m. |

The parties further agree that the hearing scheduled for January 3, 2022 should be vacated.

Respectfully submitted,

Dated: December 13, 2021         /s/ Gregory C. Loarie
GREGORY C. LOARIE (CA Bar No. 215859)
EARTHJUSTICE
50 California Street, Suite 500
San Francisco, CA 94111
T: (415) 217-2000 • F: (415) 217-2040
E: gloarie@earthjustice.org

ELIZABETH B. FORSYTH (CA Bar No. 288311)
EARTHJUSTICE
810 3rd Ave #610
Seattle, WA 98104
T: (206) 531-0841 • F: (206) 343-1526
E: eforsyth@earthjustice.org
*Counsel for All Plaintiffs*

LISA T. BELENKY (CA Bar No. 203225)
ARUNA M. PRABHALA (CA Bar No. 278865)
CENTER FOR BIOLOGICAL DIVERSITY
1212 Broadway Street, Suite 800
Oakland, CA 94612
T: (510) 844-7100 • F: (510) 844-7150
E: lbelenky@biologicaldiversity.org
   aprabhala@biologicaldiversity.org
*Counsel for Plaintiff Center for Biological Diversity*

| | | |
|---|---|---|
| Dated: December 13, 2021 | | TODD KIM<br>Assistant Attorney General<br>U.S. Department of Justice<br>Environment & Natural Resources Division<br><br> /s/ Luther L. Hajek<br>LUTHER L. HAJEK<br>U.S. Department of Justice<br>Environment & Natural Resources Division<br>Natural Resources Section<br>999 18th Street, South Terrace, Suite 370<br>Denver, CO 80202<br>Tel.: (303) 844-1376<br>Fax: (303) 844-1350<br>E-mail: luke.hajek@usdoj.gov<br>*Counsel for Defendants*<br>*U.S. Bureau of Land Mgmt. et al.* |
| Dated: December 13, 2021 | | BROWNSTEIN HYATT FARBER SCHRECK, LLP<br><br> /s/ Diane C. De Felice<br>DIANE C. DE FELICE, Bar No. 149021<br>ddefelice@bhfs.com<br>LAWRENCE J. JENSEN, Admitted *Pro Hac Vice*<br>ljensen@bhfs.com<br>2049 Century Park East, Suite 3550<br>Los Angeles, California 90067-3007<br>Telephone: 310.500.4600<br>Facsimile: 310.500.4602<br>*Counsel for Defendant-Intervenors*<br>*Cadiz Inc. and Cadiz Real Estate LLC* |

4

STIPULATION TO CONTINUE THE BRIEFING ON FEDERAL DEFENDANTS' MOTION FOR VOLUNTARY REMAND ETC.

# SIGNATURE CERTIFICATION

By my signature below, and pursuant to Civil Local Rule L.R. 5-4.3.4(a)(2), I attest that counsel for Plaintiffs and Defendants, whose electronic signature appears above, has concurred in the content of this Stipulation To Continue The Briefing On Federal Defendants' Motion For Voluntary Remand And To Take Off Calendar Defendant-Intervenors' Motion To Continue The Briefing Schedule To Be Heard On January 3, 2022 and has authorized its filing.

Dated: December 13, 2021     BROWNSTEIN HYATT FARBER SCHRECK, LLP

 /s/ Diane C. De Felice
DIANE C. DE FELICE, Bar No. 149021
ddefelice@bhfs.com
LAWRENCE J. JENSEN, Admitted *Pro Hac Vice*
ljensen@bhfs.com
2049 Century Park East, Suite 3550
Los Angeles, California 90067-3007
Telephone: 310.500.4600
Facsimile: 310.500.4602
*Counsel for Defendant-Intervenors*
*Cadiz Inc. and Cadiz Real Estate LLC*