UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

**CIVIL MINUTES - GENERAL**

| Case No. | CV 21-2507-GW-ASx | Date | December 22, 2021 |
|---|---|---|---|
| Title | *Center for Biological Diversity, et al. v. U.S. Bureau of Land Management, et al.* | | |

| Present: The Honorable | GEORGE H. WU, UNITED STATES DISTRICT JUDGE |
|---|---|

| Javier Gonzalez | None Present | |
|---|---|---|
| Deputy Clerk | Court Reporter / Recorder | Tape No. |

| Attorneys Present for Plaintiffs: | Attorneys Present for Defendants: |
|---|---|
| None Present | None Present |

**PROCEEDINGS:     IN CHAMBERS - ORDER**


The Court has received the intervenor-defendants' ex parte application to be allowed to file three motions prior to the motion for voluntary remand which is now set to be heard on March 24, 2022 (ECF No. 49.  The intervenor defendant is to file by December 27 a two page offer of proof specifying exactly what each motion will seek, the bases for the motion, and why said motions must be heard prior to the motion to remand rather than as part of (i.e., simultaneously with) the motion to remand or thereafter.

:

Initials of Preparer    JG