GREGORY C. LOARIE (CA Bar No. 215859)
EARTHJUSTICE
50 California Street, Suite 500
San Francisco, CA 94111
T: (415) 217-2000 • F: (415) 217-2040
E: gloarie@earthjustice.org

ELIZABETH B. FORSYTH (CA Bar No. 288311)
EARTHJUSTICE
810 3rd Avenue #610
Seattle, WA 98104
T: (206) 531-0841 • F: (415) 217-2040
E: eforsyth@earthjustice.org

*Additional Counsel for Plaintiffs
Listed in Signature Block*

IN UNITED STATES DISTRICT COURT FOR THE
CENTRAL DISTRICT OF CALIFORNIA
WESTERN DIVISION

| | |
|---|---|
| CENTER FOR BIOLOGICAL DIVERSITY, et al., <br><br> Plaintiffs, <br><br> vs. <br><br> U.S. BUREAU OF LAND MGMT.; et al., <br><br> Defendants, <br><br> and <br><br> CADIZ INC., *et al.*, <br><br> Defendant-Intervenors. | No.: 2:21-cv-02507-GW-AS <br><br> **NOTICE OF WITHDRAWAL OF PLAINTIFFS' MOTION FOR ATTORNEY'S FEES AND COSTS** <br><br> Hearing Date: Sep. 7, 2023 <br> Time: 8:30 am <br> Courtroom: 9D <br> Judge: Hon. George H. Wu |

Notice of Withdrawl of Pls.' Mot. for Attorneys' Fees & Costs—2:21-cv-02507-GW-AS

Plaintiffs Center for Biological Diversity and Defenders of Wildlife hereby notify the Court and all interested parties that they withdraw their motion for attorney's fees and costs, ECF No. 129. The parties have settled the matter.

Respectfully submitted,

Dated: August 7, 2023

/s/ Gregory C. Loarie
GREGORY C. LOARIE (CA Bar 215859)
EARTHJUSTICE
50 California Street, Suite 500
San Francisco, CA 94111
T: (415) 217-2000 • F: (415) 217-2040
E: gloarie@earthjustice.org

ELIZABETH B. FORSYTH (CA Bar 288311)
EARTHJUSTICE
810 3rd Ave #610
Seattle, WA 98104
T: (206) 531-0841 • F: (415) 217-2040
E: eforsyth@earthjustice.org

LISA T. BELENKY (CA Bar No. 203225)
ARUNA M. PRABHALA (CA Bar No. 278865)
CENTER FOR BIOLOGICAL DIVERSITY
1212 Broadway Street, Suite 800
Oakland, CA 94612
T: (510) 844-7100 • F: (510) 844-7150
E: lbelenky@biologicaldiversity.org
   aprabhala@biologicaldiversity.org

*Counsel for Plaintiffs*
*Center for Biological Diversity, et al.*

Notice of Withdrawl of Pls.' Mot. for Attorneys' Fees & Costs—2:21-cv-02507-GW-AS